**William Douglas BATTEN, Jr., Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 2006–3226.

United States Court of Appeals, Federal Circuit.

Nov. 13, 2006.

Before DYK and PROST, Circuit Judges, and MCKINNEY, Chief Judge.*

ern District of Indiana, sitting by designation.

*JUDGMENT*

PER CURIAM

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.